**In the Interest of M.D.B. and S.F.P.,
Minor Children.**

**Robert L. PERRY, Juvenile
Officer, Respondent,**

v.

**L.A.S., Natural Mother, Appellant.**

**No. WD 43884.**

Missouri Court of Appeals,
Western District.

May 7, 1991.

Loramel P. Shurtleff, Shurtleff & Froeschner, Columbia, for appellant.

Noel T. Magee, Columbia, for respondent.

Before KENNEDY, P.J., and SHANGLER and ULRICH, JJ.

### ORDER

PER CURIAM:

Appeal by natural mother from order terminating parental rights to her two minor children pursuant to § 211.447, RSMo Supp. 1990.

Judgment affirmed. Rule 84.16(b).